IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUAN FERNANDO DELGADILLO-LARA,<br><br>Petitioner,<br><br>vs.<br><br>WARDEN, MCCOOK DETENTION CENTER,<br><br>Respondent. | 8:26-CV-699<br><br>JUDGMENT |

For the reasons stated in the accompanying order, the petition for writ of habeas corpus is denied.

Dated this 10th day of November, 2026.

BY THE COURT:

John M. Gerrard

John M. Gerrard
Senior United States District Judge