**UNITED STATES DISTRICT COURT**
**FOR THE District of Nebraska**
**Office of the Clerk**

## NOTICE − CIVIL APPEALS IN PRO SE CASES

The timely filing of a notice of appeal is mandatory and jurisdictional. Except as provided elsewhere in Rule 4 of the Federal Rules of Appellate Procedure, a notice of appeal must be filed in the district court within 30 days after the entry of the order or judgment appealed from. However, if the United States or an officer or agency of the United States is a party, the notice of appeal must be filed in the district court within 60 days of such entry. See Fed. R. App. P. 4(a).

Litigants should refer to Rule 4 for information about the circumstances under which a district court may extend the time to file a notice of appeal, when a district court may reopen the time to file an appeal, and the effect of the filing of various motions on the time limits for filing a notice of appeal. Fed. R. App. P. 4(a) and (c).